UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL NETT,

    Petitioner,                                                        Case No. 1:10-cv-924

v                                                                    HON. JANET T. NEFF

MARY BERGHUIS,

    Respondent.
_____/

**<u>FINAL ORDER</u>**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 31) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 30) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 7) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.

Date: October 10, 2012                                     /s/ Janet T. Neff
                                                                           JANET T. NEFF
                                                                            United States District Judge